[Cite as *02/14/2003 Case Announcements #2*, 2003-Ohio-688.]

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
### *February 14, 2003*

### MOTION AND PROCEDURAL RULINGS

**2003–0313.   State v. Barnhouse.**
Athens App. No. 02CA22, 2002-Ohio-7082. This cause is pending before the court on the certification of a conflict by the Court of Appeals for Athens County. Upon consideration of appellant's motion for immediate stay of execution of sentence,

IT IS ORDERED by the court that the motion for stay be, and hereby is, granted.

RESNICK and LUNDBERG STRATTON, JJ., dissent.

[Cite as *02/20/2003 Case Announcements*, 2003-Ohio-734.]

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
### *February 20, 2003*

### APPEALS NOT ACCEPTED FOR REVIEW

**2002–1932.   Wodrich v. Fed. Ins. Co.**
Greene App. No. 02CA3, 2002-Ohio-5122.

MOYER, C.J., dissents, would allow on Proposition of Law No. I, and would hold the cause for the decision in 2002–1433, *Allen v. Johnson*, Wayne App. Nos. 01CA0046 and 01CA0047, 2002-Ohio-3404.

COOK and O'CONNOR, JJ., dissent, would allow, and would hold the cause for the decision in 2002–0577, *Burkhart v. CNA Ins. Co.*, Stark App. No. 2001CA00265, 2002-Ohio-903.

**2002–1938.   Allied Erecting & Dismantling Co., Inc. v. Youngstown.**
Mahoning App. No. 00CA225, 2002-Ohio-5179.

MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

**2002–1944.   State v. McCarthy.**
Belmont App. No. 01BA33, 2002-Ohio-5185.

MOYER, C.J., COOK and O'CONNOR, JJ., dissent, would allow, and would hold the cause for the decision in 2002–0422 and 2002–0351, *State v. Comer*, Lucas App. No. L–99–1296, 2002-Ohio-233.